## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MOSES AFONSO RYAN LTD.**  :<br>  :<br>    **Plaintiff,**  :<br>  :<br>    **v.**  :<br>  :<br>**SENTINEL INSURANCE COMPANY,**  :<br>**LTD,**  :<br>  :<br>    **Defendant.** | CIVIL NO.  1:17-cv-00157—S—LDA |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate to a dismissal of the action with prejudice, with each party to bear its own costs and attorneys' fees, and waiving any right of appeal.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| MOSES AFONSO RYAN LTD. | SENTINEL INSURANCE COMPANY, LTD. |
| | |
| By: */s/ Michael T. Eskey* | By: */s/ Dana M. Horton* |
|   Stephen A. Izzi, Esq. (#2928) |   Dana M. Horton, Esq. (#6251) |
|   Michael T. Eskey, Esq. (#3035) |   Wystan Ackerman, Esq., *Adm. Pro Hac Vice* |
|   Moses Afonso Ryan Ltd. |   ROBINSON & COLE LLP |
|   160 Westminster Street |   One Financial Plaza, Suite 1430 |
|   Providence, RI  02903 |   Providence, RI 02903 |
|   Tel. No.  (401) 453-3600 |   Tel. No.  (401) 709-3352 |
|   Fax No.  (401) 453-3604 |   Fax No.  (401) 709-3399 |
|   Email:  teskey@marlawri.com |   Email:  dhorton@rc.com |
|             sizzi@marlawri.com |             wackerman@rc.com |

Dated: April 20, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2018, I personally caused a copy of the foregoing to be filed via the Court's CM/ECF system, which will send an email to all counsel of record in this matter, containing a link to this document.

*/s/ Michael T. Eskey*
Michael T. Eskey, Esq. (#3035)